NR
F.# 2018R00123

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

KENNETH KURSON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

20-M-990 (RML)

    Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nathan Reilly, for an order unsealing the above-captioned matter in its entirety.

    WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Brooklyn, New York
        10/22, 2020

                                    HONORABLE ROBERT M. LEVY
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK