U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

RCH
F. #2018R01123

February 4, 2021

By ECF

The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Kenneth Kurson
     Docket No. 20-MJ-990 (RML)

Dear Magistrate Judge Mann:

  The government respectfully moves to dismiss the complaint as to the above named defendant pursuant to an Executive Grant of Clemency signed by President Donald J. Trump on January 19, 2021, a copy of which is attached hereto. Counsel for the defendant consents to this application.

            Respectfully submitted,

            SETH D. DuCHARME
            Acting United States Attorney

         By: /s/ Ryan C. Harris
            Ryan C. Harris
            Assistant U.S. Attorney
            (718) 254-6489

cc: Clerk of the Court (RLM) (by ECF)
   Marc Mukasey, Esq. (by ECF)